<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Wesley Francois**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Equivalent Hourly Rate[1] | Minimum Wage Hourly Rate | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/24 - 6/26/24 | 5.00 | 64 | $ 391.20 | $ 6.11 | $ 12.00 | $ 18.00 | $ 1,884.00 | $ 720.00 | $ 2,604.00 |
| 1/12/24 - 6/26/24 | 18.86 | 64 | $ 2,806.81 | $ 43.86 | $ 12.00 | $ 65.78 | $ 65.78 | $ 9,924.06 | $ 9,989.85 |
| | | | | | | | $ 1,949.78 | $ 10,644.06 | $ 12,593.85 |

Total Unpaid Minimum Wages[1] = $ 1,949.78
Total Unpaid Overtime Wages[1] = $ 10,644.06
Total Liquidated Damages[1] = $ 12,593.85
Total[1] = $ 25,187.69

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.